# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

A.C., FATHER OF S.C., M.C., S.C.,
AND Z.T., CHILDREN,

      Appellant,

  v.

      Case No. 5D22-99
      LT Case No. 2020-DP-001110-X

DEPARTMENT OF CHILDREN AND
FAMILIES,

      Appellee.

_____/

Decision filed May 12, 2022

Appeal from the Circuit Court
for Brevard County,
Kelly J. McKibben, Judge.

Valarie Linnen, of Valarie Linnen,
Attorney at Law, Jacksonville, for
Appellant.

Kelley Schaeffer, of Children's Legal
Services, Bradenton, for Appellee,
Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Samantha C.
Valley, Senior Attorney, of Statewide
Guardian ad Litem Office, Tallahassee,
and Douglas J. Glaid, of Statewide
Guardian ad Litem Office, Fort
Lauderdale, for Guardian ad Litem.

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE and HARRIS, JJ., concur.